### 18321. BEAVERS *v.* HOWELL.

BROYLES, C. J. 1. None of the grounds of the amendment to the motion for a new trial (many of them too incomplete within themselves to be considered) shows cause for a reversal of the judgment below.

2. There was some evidence authorizing the verdict, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Appeal and Error, 4 C. J. p. 864, n. 32, 33; p. 865, n. 36.
New Trial, 29 Cyc. p. 942, n. 95.

Trover; from city court of Americus—Judge Harper. June 10, 1927.

*James A. Fort,* for plaintiff in error. *Zach. Childers,* contra.